### MUIR *v.* CLARK.—In error.

A BILL in chancery for relief against a usurious contract, must show that the principal and lawful interest have been paid or tendered; and in the case of a tender, the money must be brought into Court. *Crawford et al.* v. *Harvey*, 1 Blackf. 382.

The 33d section of the R. S. 1843, p. 582, respecting "the interest of money," applies only to bills of discovery.

A bill in chancery showing that the complainant has no equity, may be objected to at any stage of the proceedings. *Cummins* v. *White et al.* 4 Blackf. 356.